# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHWESTERN DIVISION

JACQUELYN HOWARD, on behalf )
of DARRIUS A. HOWARD, )
                                   )
       Petitioner, )
                                   )    Case No.
v.                                 )    6:18-cv-01281-AKK-JEO
                                   )
WALKER COUNTY SHERIFF )
JAMES E. UNDERWOOD, )
                                   )
       Respondent. )

## MEMORANDUM OPINION

This action is before the court on petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, filed by Jacquelyn Howard on behalf of her son Darrius A. Howard. On July 29, 2019, the magistrate judge entered a report recommending that the petition be denied and this action dismissed without prejudice. (Doc. 11). Although the parties were advised of their right to file written objections within fourteen days, there has been no response to the report and recommendation.

After careful consideration of the record in this case, including the magistrate judge's report, the court hereby **ADOPTS** the report of the magistrate judge and **ACCEPTS** his recommendations. In accordance with the recommendation, the court finds that the petition in this matter is due to be denied and this case dismissed without prejudice.

A separate order will be entered.

**DONE** the 21st day of August, 2019.


_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE